429 A.2d 105

Commonwealth v. Stauffer, Jr., Appellant.

Submitted November 16, 1979. Ross S. Bash, for appellant; Donetta Ambrose, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and CAVANAUGH, JJ.

Order affirmed.